# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ZOE AJJAHNON,

       Plaintiff,

v.                                                                                          Case No:   6:22-cv-329-JSS-LHP

AMERILIFE OF NORTH CAROLINA, LLC,

       Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   MOTION TO QUASH OR FOR PROTECTIVE ORDER BY DEFENDANT AMERILIFE OF NORTH CAROLINA, LLC D.B.A. AMERLIFE AND HEALTH SERVICE, LLC (Doc. No. 61)
>
> **FILED:**   May 16, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with the Standing Order on Discovery Motions, in particular the word-limitations.  *See* Doc. No. 35 ¶ 2.  Any renewed motion

- 2 -

must fully comply with the Standing Order (Doc. No. 35) as well as all applicable Federal and Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on May 17, 2024.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties